UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DWAYNE ALMOND,

              Plaintiff,

v.                                     **Case No. 16-cv-615-pp**

WISCONSIN DIVISION OF COMMUNITY CORRECTIONS,
JOHN DOE, MILES JOBKE,
TOM, BARBARA WHITE,
DR. KING, MRS. S. CLINE,
JOHN, MR. B. GOLDEN,
LT. HENERSON, and SGT. JONES,

              Defendants.

---

### DECISION AND ORDER DISMISSING CASE

---

      On July 5, 2016, the court denied the plaintiff's motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. §1915(g). Dkt. No. 7. The court ordered the plaintiff to pay the $400 filing fee by August 1, 2016, and warned the plaintiff that if he did not pay the fee by that date, the court would dismiss the case. Id. The plaintiff has not paid the filing fee, and thus the court will dismiss this case. The plaintiff still owes the fee, see Newlin v. Helman, 123 F.3d 429, 433-34 (7th Cir. 1997), rev'd on other grounds by, Walker v. O'Brien, 216 F.3d 626 (7th Cir. 2000) and Lee v. Clinton, 209 F.3d 1025 (7th Cir. 2000), and this order describes the procedure for collecting the fee.

      The court **ORDERS** that this case is **DISMISSED** for failure to pay the filing fee.

      The court further **ORDERS** that the Secretary of the Wisconsin

1

Department of Corrections or his designee shall collect from the plaintiff's prison trust account the $400.00 filing fee by collecting monthly payments from the plaintiff's prison trust account in an amount equal to 20% of the preceding month's income credited to the prisoner's trust account and forwarding payments to the clerk of the court each time the amount in the account exceeds $10 in accordance with 28 U.S.C. § 1915(b)(2). The Secretary or his designee shall clearly identify the payments by the case name and number.

The court will mail a copy of this order to the Warden of Milwaukee Secure Detention Facility, 1015 N. 10th Street, P.O. Box 05740, Milwaukee, Wisconsin, 53205-0740.

Dated in Milwaukee, Wisconsin this 2nd day of August, 2016.

BY THE COURT:

HON. PAMELA PEPPER
United States District Judge